UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 28, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-474-01-04 |
| | : | |
| DEMARCO T. ALLGOOD, | : | VIOLATIONS: |
| NATHANIEL L. HOLMES, | : | 18 U.S.C. § 1201(a)(1) |
| DONAESHA H. HAWKINS, and | : | (Kidnapping) |
| MALIK T. HILL, | : | 22 D.C. Code § 2001 |
| | : | (Kidnapping) |
| Defendants. | : | 22 D.C. Code §§ 3002(a)(1) and (a)(2) |
| | : | (First Degree Sexual Abuse) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Between on or about April 20, 2021 and on or about April 21, 2021, within the District of Columbia, **DEMARCO T. ALLGOOD, NATHANIEL L. HOLMES,** and **MALIK T. HILL** did unlawfully and willingly seize, confine, kidnap, abduct, carry away, and hold T.L. for some purpose, and, in committing and in furtherance of the offense, willfully traveled in interstate commerce from the District of Columbia to the State of Maryland and from the State of Maryland to the District of Columbia and willfully transported T.L. from the District of Columbia to the State of Maryland and from State of Maryland to the District of Columbia.

(**Kidnapping,** in violation of Title 18, United States Code, Section 1201(a)(1))

## COUNT TWO

Between on or about April 20, 2021 and on or about April 21, 2021, within the District of Columbia, **DONAESHA H. HAWKINS** seized, confined, and kidnapped T.L. by force and against T.L.'s will, with intent to hold and detain T.L., for the purpose of assaulting T.L.

(**Kidnapping**, in violation of Title 22, District of Columbia Code, Section 2001)

## COUNT THREE

On or about April 21, 2021, within the District of Columbia, **NATHANIEL L. HOLMES**, engaged in a sexual act with T.L. and caused T.L. to engage in or submit to a sexual act, that is, penetration of T.L.'s vulva by **NATHANIEL L. HOLMES**'s penis by using force against T.L. and by placing T.L. in reasonable fear that T.L. would be subjected to death, bodily injury, and kidnapping.

(**First Degree Sexual Abuse**, in violation of title 22, District of Columbia Code, Sections 3002(a)(1) and (a)(2))

A TRUE BILL:

FOREPERSON.

*Channing D Phillips / JSL*
Attorney of the United States in
and for the District of Columbia.