LAW OFFICE OF
**JONATHAN ZUCKER**
37 Florida Avenue, N.E., Suite 200
Washington, DC 20002-3319

jon@jonzuckerlaw.com

| | |
|---|---|
| Jonathan Zucker* | Phone: (202) 624-0784 |
| Patricia Daus | Fax:  (202) 609-9653 |
| Peter Wright | |
| Erin Luibrand | |
| *Also Admitted MD | |

March 30, 2022

US v. Malik Hill, et al. 21-CR-416 (RDM)

AUSA Emory V. Cole
AUSA ANGELA BUCKNER
VIA EMAIL

Dear Mr. Cole and Ms. Buckner:

     I am writing as a follow up and to memorialize our conversation yesterday regarding someone you have identified as an "essential government witness" in representations to defense counsel and the Court. You have previously advised that there were medical issues that might make the witness unavailable for trial as scheduled on May 3, 2022. On March 28, 2022, in response to Court order, you represented to the Court that "although there are still medical concerns, the witness will likely be available for trial." Yesterday you clarified that the representation in your Mach 28,2022, filing "likely will be available for trial" was intended to reference availability for the scheduled May 3, 2022, trial date. Thank you. I inquired if the witnesses "medical issues" related to mental health issues or substance abuse, particularly that either could raise concerns about credibility, memory, accuracy of recall, perception, etc..   I made a specific Brady request that there be timely disclosure if the medical condition was one that could effect the witnesses credibility. You declined to identify who the witness was and whether it was the complainant in the case. You advised that there was nothing which required that the medical condition be disclosed as part of the prosecution's obligation to disclose Brady material. I am writing to memorialize that representation. I note that if in fact the

"medical condition" is one that could effect some aspect of credibility, it could require extensive review of medical records, consultation with experts, etc.. Based on your representations I trust that is not the case.

Thank you. Best personal regards.

Sincerely,

/s/
Jonathan Zucker

Cc: Mathew Peed
Sabrina Shroff
Court File